IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07 - CV - 01408** BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 5   2007

GREGORY C. LANGHAM
                    CLERK

EDGAR PEÑA ORTEGA,
ANASTACIO VALDEZ,
ROSA MEDINA,
GUILLERMO OROZCO, and
ISMAEL ROMANDO RIVERA,

    Plaintiffs,

v.

FRANCISCO SAENZ, d/b/a SAENZ CONTRACTING,
HULTEEN ORCHARDS, INC., a Colorado Corporation, and
MOUNTAIN FRESH L.L.C. a Colorado Corporation,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs Edgar Peña Ortega, Anastacio Valdez, Rosa Medina, Guillermo Orozco, and Ismael Romando Rivera have submitted, through counsel, a complaint. Only Edgar Peña Ortega has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which Plaintiffs file in response

to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) XX    is not submitted by each Plaintiff
(2) ___    is not on proper form (must use the court's current form)
(3) ___    is missing original signature by plaintiff/petitioner/applicant
(4) ___    is missing affidavit
(5) ___    affidavit is incomplete
(6) XX    affidavit on motion submitted by Plaintiff Edgar Peña Ortega is not notarized or is not properly notarized
(7) ___    names in caption do not match names in caption of complaint, petition or application
(8) ___    An original and a copy have not been received by the court. Only an original has been received.
(9) ___    other _____

**Complaint or Petition:**
(10) ___    is not submitted
(11) ___    is not on proper form (must use the court's current form)
(12) ___    is missing an original signature by the plaintiff/petitioner/applicant
(13) ___    is incomplete
(14) ___    uses et al. instead of listing all parties in caption
(15) ___    An original and a copy have not been received by the court. Only an original has been received.
(16) ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___    names in caption do not match names in text
(18) ___    other _____

Accordingly, it is

    ORDERED that the clerk of the court commence a civil action in this matter. It is

    FURTHER ORDERED that Plaintiffs cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which Plaintiffs file in

response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the clerk of the court mail to counsel for each

Plaintiff, together with a copy of this order, five copies of the following form: Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if any Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, that Plaintiff will be dismissed as a party without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 3rd day of July, 2007.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No **07 - CV - 01408**

Jennifer J. Lee
Colorado Legal Services
Migrant Farm Worker Division
**DELIVERED ELECTRONICALLY**

Patricia Medige
Colorado Legal Services
Migrant Farm Worker Division
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER and five copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on ___7/5/07___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk