IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01408-MSK-CBS

EDGAR PENA ORTEGA,
ANASTACIO VALDEZ,
ROSA MEDINA,
GUILLERMO OROZCO, and
ISMAEL ROMANO RIVERA,

      Plaintiffs,

v.

FRANCISCO SAENZ, d/b/a SAENZ CONTRACTING,
HULTEEN ORCHARDS, INC.,
a Colorado corporation, and
MOUNTAIN FRESH L.L.C.,
a Colorado corporation,

      Defendants.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that the Joint Motion to Stay Proceedings and Reset the Scheduling Conference (*doc. no. 27)* is **GRANTED**. The scheduling conference set for October 22, 2007 and all related deadlines are **VACATED**.

      IT IS FURTHER ORDERED that a joint status report is due on or before **November 13, 2007**.

      IT IS FURTHER ORDERED this case is stayed up to and including **November 20, 2007**.

      Counsel are reminded that pursuant to D.C.COLOL.CIVR. 10.1E all papers filed with this court shall be double spaced.

**DATED:**     October 15, 2007